IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMILLE GBUREK, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>LITTON LOAN SERVICING LP,<br><br>        Defendant. | Filed: June 3, 2008<br>No.  08 CV 3188  TG<br><br>The Honorable Milton I. Shadur<br>Magistrate Judge Arlander Keys |

## NOTICE OF FILING

TO: Keith J. Koegh
   Alexander H. Burke
   Law Offices of Keith J. Keogh, Ltd.
   227 W. Monroe Street, Suite 2000
   Chicago, IL  60606

PLEASE TAKE NOTICE that on July 31, 2008, we electronically filed the APPEARANCES OF PETER JOHN, CHRISTINA HARRISON, BRUCE ALLENSWORTH, BRIAN FORBES and GREGORY BLASÉ.

            Respectfully submitted,

            LITTON LOAN SERVICING LP

            By: */s/ Christina D. Harrison*
               One of Its Attorneys

Christina D. Harrison (ARDC #6256916)
Williams Montgomery & John Ltd.
Attorney ID No.:  412
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200
cdh@willmont.com
Document #: 782027

## CERTIFICATE OF SERVICE

I, Christina D. Harrison, an attorney, certify that service of this **NOTICE and APPEARANCES OF PETER JOHN, CHRISTINA HARRISON, BRUCE ALLENSWORTH, BRIAN FORBES and GREGORY BLASÉ** were accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to:

Keith J. Koegh
Alexander H. Burke
Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe Street, Suite 2000
Chicago, IL  60606

I, Christina D. Harrison, an attorney, certify that, pursuant to Local Rule 5(e), this **NOTICE** and **APPEARANCES OF PETER JOHN, CHRISTINA HARRISON, BRUCE ALLENSWORTH, BRIAN FORBES and GREGORY BLASÉ** was hand delivered on August 1, 2008 to:

> The Honorable Milton I. Shadur
> United States District Court
> 219 South Dearborn
> Room 2303
> Chicago, Illinois 60604

_/s/ Christina D. Harrison_