AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Alias        SUMMONS IN A CIVIL CASE

Camille Gburek
    Plaintiff

CASE NUMBER: **08 C 3188**

V.

ASSIGNED JUDGE: **JUDGE SHADUR**

Litton Loan Servicing LP
    Defendant

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE KEYS**



TO: (Name and address of Defendant)

Litton Loan Servicing LP c/o
CORPORATION SERVICE COMPANY
701 BRAZOS STREET, SUITE 1050
AUSTIN, TX 78701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe Street, Suite 2000
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*(signature)*

(By) DEPUTY CLERK

July 10, 2008
Date

Pd 65.00

AO 440 (Rev. 05/00) Summons in a Civil Action

Alias ~~Class Action~~ Jury Demand

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 18, 2008 @ 1:43p |
| NAME OF SERVER (PRINT) MIRACLE MOUNT | TITLE Sr. Deputy Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

Litton Loan Servicing LP c/o Corporation Service Company at 701 Brazos Ste 1050 Austin Texas 78701

BY DELIVERING TO Chris Hornsby, designated person to accept service.

also attached, Exhibit 1, Exhibit 2, Order

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 18, 2008
               Date                Signature of Server

Address of Server: 1003 Guadalupe
Austin, Texas 78701

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.