**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 3188 |

CAMILLE GBUREK, individually and on behalf of all others similarly situated

v.

LITTON LOAN SERVICING LP

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LITTON LOAN SERVICING LP

| NAME (Type or print) |
|---|
| Gregory N. Blase |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Gregory N. Blase |

| FIRM |
|---|
| K&L Gates LLP |

| STREET ADDRESS |
|---|
| State Street Financial Center, One Lincoln Street |

| CITY/STATE/ZIP |
|---|
| Boston, MA 02111 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | 617-261-3100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? N |
|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? N |
|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? N |
|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? N |
|---|

| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
|---|
| RETAINED COUNSEL                       APPOINTED COUNSEL |