IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | ) | |
|---|---|---|
| CAMILLE GBUREK, individually and on behalf of all others similarly situated, | ) ) ) | Filed:  June 3, 2008 |
| Plaintiff, | ) ) | No.  08 CV 3188  TG |
| v. | ) ) | The Honorable Milton I. Shadur |
| LITTON LOAN SERVICING LP, | ) ) | Magistrate Judge Arlander Keys |
| Defendant. | ) | |

**UNOPPOSED FIRST MOTION TO ENLARGE TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), defendant Litton Loan Servicing, LP ("Litton") through its counsel, Christina D. Harrison of Williams Montgomery & John Ltd., hereby moves this Court to enlarge the time within which Litton may respond to plaintiffs' Complaint through and including September 12, 2008.  As grounds, Litton states as follows:

1. Plaintiff filed her Complaint – Class Action on or about June 3, 2008.  *See* Docket at 1.

2. Defendant was served with the Complaint on or about July 18, 2008.

3. Counsel for Litton, Bruce Allensworth, sought plaintiff's agreement to this motion on July 31, 2008.  Plaintiff's counsel does not oppose the motion.

4. Good cause for granting this First Motion to Enlarge Time to Respond to Complaint exists.  This action has just been instituted and there will be no undue delay in granting a modest enlargement of time to respond.

WHEREFORE defendant Litton Loan Servicing, LP respectfully requests that this Court enlarge the time for defendant to respond to plaintiff's Complaint through and including September 12, 2008.

Dated: August 4, 2008

Respectfully submitted,

LITTON, INC.,

By its counsel,

*/s/ Christina D. Harrison*

Peter C. John
Christina D. Harrison
WILLIAMS MONTGOMERY & JOHN LTD.
Attorney ID No.: 412
20 North Wacker Drive Suite 2100
Chicago, Illinois 60606-3094
Tel: 312-443-3200
Fax: 312-630-8500

R. Bruce Allensworth
Brian M. Forbes
Gregory N. Blase
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3100
Fax: (617) 261-3175

Document #: 781987

2