IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| CAMILLE GBUREK, individually and on behalf of all others similarly situated, | ) ) ) ) | |
|  | ) | Filed:  June 3, 2008 |
| Plaintiff, | ) | No.  08 CV 3188  TG |
| v. | ) ) | |
|  | ) | The Honorable Milton I. Shadur |
| LITTON LOAN SERVICING LP, | ) ) | Magistrate Judge Arlander Keys |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   Keith J. Koegh
        Alexander H. Burke
        Law Offices of Keith J. Keogh, Ltd.
        227 W. Monroe Street, Suite 2000
        Chicago, IL  60606

PLEASE TAKE NOTICE that on August 6, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton I. Shadur, or any judge sitting in his stead, in the courtroom usually occupied by him in the U.S. District Court, 219 South Dearborn Street, Room 2303, in Chicago, Illinois, and shall then and there present the ***DEFENDANT'S UNOPPOSED FIRST MOTION TO ENLARGE TIME FOR DEFENDANT TO RESPOND TO COMPLAINT***, a copy of which was filed on August 4, 2008.

Respectfully submitted,

LITTON LOAN SERVICING LP

By:   */s/ Christina D. Harrison*
        One of Its Attorneys

Christina D. Harrison (ARDC #6256916)
Williams Montgomery & John Ltd.
Attorney ID No.:  412
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200
cdh@willmont.com
Document #: 782019

## CERTIFICATE OF SERVICE

I, Christina D. Harrison, an attorney, certify that service of this **NOTICE and DEFENDANT'S UNOPPOSED FIRST MOTION TO ENLARGE TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** were accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to:

Keith J. Koegh
Alexander H. Burke
Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe Street, Suite 2000
Chicago, IL  60606

I, Christina D. Harrison, an attorney, certify that, pursuant to Local Rule 5(e), this **NOTICE and DEFENDANT'S UNOPPOSED FIRST MOTION TO ENLARGE TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** was hand delivered on August 4, 2008 to:

> The Honorable Milton I. Shadur
> United States District Court
> 219 South Dearborn
> Room 2303
> Chicago, Illinois 60604

`

                    /s/ Christina D. Harrison